1809.

JOHN BURD
*v.*
The Lessee of
DANSDALE.

---

WRIGHT and another *against* The Lessee of SMALL.

IN ERROR.

Pittsburg,
Wednesday,
September 6.

A MOTION for a new trial was made by the plaintiff in error in the Common Pleas of *Mercer* county, and overruled; and at his request, the court gave their reasons in writing, which were entered on record, and removed by writ of error.

A. W. *Foster* for the plaintiff in error, now argued that there was error in the reasons and decision of the Common Pleas upon the motion for a new trial. But *the court*, without hearing *Baldwin* for the defendant in error, affirmed the judgment, saying that there could be no error in an inferior court's refusing to grant a new trial, notwithstanding their reasons were entered of record; as had been decided in *Burd* v. *Dandale's Lessee* (a).

The decision of the Common Pleas upon a motion for a new trial is not the subject of a writ of error, notwithstanding their reasons may be reduced to writing, and filed of record, agreeably to the act of assembly.

Judgment affirmed.